JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

*E-FILED 11/5/08*

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALI KAMIL AL SHAMMA,<br><br>   Plaintiff,<br><br>   v.<br><br>FRANCIS D. SICILIANO, Officer-in-Charge, USCIS San Jose Sub-Office; ROSEMARY MELVILLE, District Director, USCIS San Francisco District Office; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; MICHAEL B. MUKASEY, U.S. Attorney General; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,<br><br>   Defendants. | No. C 08-4218 RS<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER and [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of time within which the Defendants must serve their answer to the complaint in light of the fact that Plaintiff is scheduled for an interview on his application for naturalization on November 24, 2008.

///

///

Stipulation to Extend
C 08-4218 RS                                              1

1  The Defendants will file their answer on or before December 22, 2008.

2  Date: November 5, 2008                    Respectfully submitted,

3                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney

5                                            _____/s/_____
   ILA C. DEISS[1]
6                                            Assistant United States Attorney
                                             Attorneys for Defendants

9  Date: November 5, 2008                    _____/s/_____
                                             ROBERT B. JOBE
                                             Attorney for Plaintiff

11                          **ORDER**

12   Pursuant to stipulation, IT IS SO ORDERED.

13  Date:  November 5, 2008
                                             _____
14                                           RICHARD SEEBORG
                                             United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Extend
C 08-4218 RS                                 2