Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com

*E-FILED 12/1/08*

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALI KAMIL AL SHAMMA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>FRANCIS D. SICILIANO,<br>OFFICER-IN-CHARGE, USCIS SAN<br>JOSE SUB-OFFICE, ET AL.,<br><br>　　　Defendants. | No.   CV 08-4218 RS<br><br><br>PLAINTIFF'S MOTION FOR<br>VOLUNTARY DISMISSAL;<br>[~~PROPOSED~~] ORDER |

　　　Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, through counsel, requests that her complaint currently pending before the Court be dismissed.  Because the Defendants have approved his application for naturalization, Plaintiff is no longer alleging that the Defendants are illegally delaying adjudication of that application.

　　　WHEREFORE, Plaintiff prays that this Court allow him to voluntarily dismiss his complaint without prejudice.

DATED:     December 1, 2008                    /s/
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Robert B. Jobe
　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF ROBERT JOBE
　　　　　　　　　　　　　　　　　　　　550 Kearny Street, Ste. 200
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94108
　　　　　　　　　　　　　　　　　　　　(415) 956-5513

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action without prejudice be granted..

DATED: December 1, 2008

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

Plaintiff's Motion for Voluntary Dismissal; [Proposed] Order
No.    CV 08-4218 RS                         2